**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **JAKE RANDALL FOX,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 2:26-CV-56** |
| | § | |
| **CITY OF BEEVILLE, TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT</u>**

COMES NOW Defendant City of Beeville, Texas, a home rule municipality and political

subdivision of the State of Texas sued as City of Beeville - Police Department[1] ("Defendant"), and

pursuant to 28 U.S.C. § 1441(a) files this Notice of Removal to Federal Court ("Removal") and in

support hereof would show this Court as follows:

I.

On January 29, 2026, Plaintiff Jake Randall Fox filed in the 2nd Multi-County Court at Law

of Bee County, Texas ("State Court") his Complaint in Case No. BFL2605008, Jake Randall Fox

vs. City of Beeville - Police Department. Refer to <u>Exhibit A</u>, Plaintiff's Complaint. On January 30,

2026, Defendant was served with Plaintiff's Complaint. Refer to <u>Exhibit B</u>, Citation and Return of

Service.

Plaintiff asserts that on January 26, 2025, his constitutional rights guaranteed by the Fourth,

Fifth and Fourteenth Amendments were violated during a traffic stop and arrest conducted by a City

of Beeville police officer. In addition, he asserts a Bivens claim. Plaintiff also asserts the City have

---

[1] The City's police department is not a separate legal entity apart from the City and not a
jural entity subject to being sued.

have violated his First Amendment right to freedom of expression. Refer to Exhibit A, Plaintiff's Complaint at ¶ IV - C, D.

## II.

As Plaintiff's claims arise under United States Constitution, this Court has original jurisdiction over said claims pursuant to 28 U.S.C. § 1331. Accordingly, Defendant seeks removal to this Court of Plaintiff's lawsuit is proper pursuant to 28 U.S.C. § 1441(a). *See* 28 U.S.C. § 1331, 28 U.S.C. § 1441(a).

## III.

Because this Removal is based upon federal question jurisdiction, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over Plaintiff's state law claims – negligence, reckless endangerment, intentional infliction of emotional distress – all of which relate to the June 26, 2025 traffic stop and arrest about which Plaintiff complains. Id. at ¶¶ III-IV.

## IV.

In accordance with 28 U.S.C. § 1446(a) and Southern District of Texas Local Rule 81, this Removal is accompanied by an Index of Matters Being Filed (Exhibit C), a List of Parties and Counsel of Record (Exhibit D), and a List of State Court Pleadings (Exhibit E) with copies of the required documents attached.

## V.

This Notice of Removal is filed with this Court within thirty (30) days after Defendant's receipt by service on January 30, 2026 of Plaintiff's Complaint *See* 28 U.S.C. § 1446(b).

VI.

A jury demand was not made by Plaintiff in his Complaint. See Exhibit A, Plaintiff's Complaint.

VII.

Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Removal, a copy of same is being filed with the Clerk of the 2nd Multi-County Court at Law, Bee County, Texas.

VIII.

Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Removal, written notice of its filing is being given to all parties as required by law.

IX.

WHEREFORE, Defendant prays that Plaintiff's lawsuit be removed from the 2nd Multi-County Court at Law, Bee County, Texas to this Court.

Respectfully submitted,

By: */s/ Liza Aguilar Wood*

Liza Aguilar Wood
*Atttorney-in-Charge*
Texas Bar No. 24006741
Southern District of Texas Bar No. 23222
laguilarwood@mmjw-law.com
James McKibben
*Of Counsel*
Texas Bar No. 13713000
Southern District of Texas Bar No. 914
jmckibben@mcv-law.com
*McKIBBEN, MARTINEZ & WOOD, L.L.P.*
555 N. Carancahua, Ste. 1100
Corpus Christi, Texas  78401-0841
Telephone: 361.882.6611
Facsimile: 361.883.8353

3

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, a true and correct copy of this Notice of Removal has been served in the manner indicated below to Pro se Plaintiff in accordance with the Federal Rules of Civil Procedure and Southern District of Texas Local Rule 5.3.

**VIA FIRST CLASS U. S. MAIL &
CMRRR NO. 7006 0100 0003 1009 8164**
Jake Randall Fox
P. O. Box 1875
Three Rivers, Texas 78071

*/s/ Liza Aguilar Wood*
Liza Aguilar Wood